RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSEPH ANTHONY DANIEL     CIVIL ACTION NO. 6:16-CV-01073
   (A035186189)
VS.     SECTION P

    JUDGE REBECCA F. DOHERTY

US ATTORNEY GENERAL, ET AL     MAGISTRATE JUDGE WHITEHURST

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed

previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's

findings under the applicable law;

**IT IS ORDERED ADJUDGED AND DECREED** that the Petition for Writ of Habeas

Corpus be transferred to the Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10th_ day

of _January_, ~~2016.~~ 2017

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE